UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff,

v.

CASE NO. 8:22-CV-01939-TPB-AAS

TARONIS TECHNOLOGIES, INC., ET AL.

    Defendants.

## Taronis Fuels, Inc.'s Disclosure Statement

Defendant Taronis Fuels, Inc. discloses the following information pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.03:

1. Taronis Fuels does not have a parent corporation and no publicly held corporation owns 10% or more of Taronis Fuels's stock.

2. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. Plaintiff Securities and Exchange Commission ("SEC")

        i. Glenn S. Gordon, Associate Regional Director, SEC

        ii. Thierry O. Desmet, Assistant Regional Director, SEC

        iii. Christine Nestor, Senior Trial Counsel, SEC

        iv. Michelle Bosworth, Counsel, SEC

      v.    Lina Fernandez, Senior Accountant, SEC

b.    Defendant Taronis Technologies, Inc.

c.    Defendant Scott Mahoney

d.    Law Firm of David R. Chase, firm representing Defendant Mahoney

      i.    David R. Chase, Esq., Counsel for Defendant Mahoney

e.    Fridman Fels & Soto, PLLC, firm representing Defendant Mahoney

      i.    Alejandro O. Soto, Esq., Counsel for Defendant Mahoney

f.    Defendant Tyler Wilson

g.    Homer Bonner Jacobs Ortiz, firm representing Defendant Wilson

      i.    Adam L. Schwartz, Esq. Counsel for Defendant Wilson

h.    Defendant Taronis Fuels, Inc.

      i.    Magnegas Welding Supply - South, LLC, subsidiary to Taronis Fuels, Inc.

      ii.    Magnegas Welding Supply - West, LLC, subsidiary to Taronis Fuels, Inc.

      iii.    Magnegas Welding Supply - Real-estate holdings – South, subsidiary to Taronis Fuels, Inc.

      iv.    Magnegas Welding Supply - Real-estate holding - West, subsidiary to Taronis Fuels, Inc.

      i. Holland & Hart LLP, firm representing Defendant Taronis Fuels, Inc.

          i. Brian Neil Hoffman, Esq., Counsel for Defendant Taronis Fuels, Inc.

          ii. John D. Sullivan, Esq., Counsel for Defendant Taronis Fuels, Inc.

    j. Pursuant to a proposed judgment as to Taronis Fuels, attached as an exhibit to the previously filed Unopposed Motion for Entry of Final Judgment as to Taronis Fuels, Inc. [DE 3-2] ("Proposed Judgment"), Taronis Fuels would pay disgorgement and interest to the SEC, which thereafter "…may propose a plan to distribute the Fund subject to the Court's approval…." Details about any such potential SEC-proposed distribution plan and the potential recipients designated thereunder are not known by Taronis Fuels at this time.

3. Each entity with publicly traded shares or debt potentially affected by the outcome:

Defendants Taronis Technologies and Taronis Fuels.

4. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

Defendant Taronis Fuels is not aware of any such entities.

5. Each person arguably eligible for restitution:

   a. Taronis Fuels believes that it should receive repayment from certain of the monetary remedies that Defendants Mahoney and/or Defendant Wilson may be ordered to pay in the event that the SEC prevails on certain of its claims stated against those defendants.

   b. Pursuant to the Proposed Judgment, Taronis Fuels would pay disgorgement and interest to the SEC, which thereafter "…may propose a plan to distribute the Fund subject to the Court's approval…." Details about any such potential SEC-proposed distribution plan and the potential recipients designated thereunder are not known by Taronis Fuels at this time.

6. Pursuant to Local Rule 3.03(b), I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Defendant Taronis Fuels is not aware of any such entities.

5. Each person arguably eligible for restitution:

   a. Taronis Fuels believes that it should receive repayment from certain of the monetary remedies that Defendants Mahoney and/or Defendant Wilson may be ordered to pay in the event that the SEC prevails on certain of its claims stated against those defendants.

   b. Pursuant to the Proposed Judgment, Taronis Fuels would pay disgorgement and interest to the SEC, which thereafter "…may propose a plan to distribute the Fund subject to the Court's approval…." Details about any such potential SEC-proposed distribution plan and the potential recipients designated thereunder are not known by Taronis Fuels at this time.

6. Pursuant to Local Rule 3.03(b), I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: September 9, 2022

        Respectfully submitted,

        */s/ Brian Neil Hoffman*
        Brian Neil Hoffman *(admitted pro hac vice)*
        HOLLAND & HART LLP
        555 17th Street, Suite 3200
        Denver, CO 80202
        Ph: (303) 295-8000
        bnhoffman@hollandhart.com

## CERTIFICATE OF SERVICE

      I certify that on September 9, 2022, I filed the foregoing with the Clerk of Court by using the Court's e-filing system.  Service to counsel of record will be done upon the below list via the Court's e-filing system and the means denoted.

Christine Nestor, Esq.
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
nestorc@sec.gov
Counsel for Plaintiff

Taronis Technologies, Inc.
n/k/a BHHC, Inc.
c/o VCorp Services, LLC
Registered Agent
1013 Centre Road, Suite 403-B
Wilmington, DE 19805
*Via UPS Overnight Delivery*

Alejandro O. Soto, Esq.
Fridman, Fels & Soto, PLLC
2525 Ponce de Leon Boulevard, Suite 750
Coral Gables, FL 33134
asoto@ffslawfirm.com
Counsel for Defendant Mahoney

David R. Chase, Esq.
Law Firm of David R. Chase
1700 East Las Olas Boulevard
Suite 305
Fort Lauderdale, FL 33301
david@davidchaselaw.com
Counsel for Defendant Mahoney

Adam Schwartz, Esq.
Homer Bonner
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
aschwartz@homerbonner.com
Counsel for Defendant Wilson

                                      */s/ Brian Neil Hoffman*
                                      Holland & Hart LLP

19755788_v2