UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

v.

Taronis Technologies, Inc. (n/k/a BBHC, Inc.), et al,

    Defendants.

_____/

Case No.: 8:22-cv-01939-TPB-AAS

## **LOCAL RULE 3.03 DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.03, I hereby disclose the following:

1. Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

- Plaintiff Securities and Exchange Commission ("SEC")
- Eric I. Bustillo, Regional Director, SEC
- Glenn S. Gordon, Associate Regional Director, SEC
- Thierry O. Desmet, Assistant Regional Director, SEC
- Fernando Torres, Assistant Regional Director, SEC
- Teresa Verges, Regional Trial Counsel, SEC
- Christine Nestor, Senior Trial Counsel, SEC
- Michelle Bosworth, Counsel, SEC
- Lina Fernandez, Senior Accountant, SEC
- Taronis Technologies, Inc., (n/k/a BBHC, Inc.), Defendant
- Taronis Fuels, Inc., Defendant
- Scott David Mahoney, Defendant
- Tyler Burnett Wilson, Defendant

1

CASE NO.:  8:22-cv-01939-TPB-AAS

- Brian Neil Hoffman, Esq., Counsel for Defendant Taronis Fuels, Inc.
- John D. Sullivan, Esq., Counsel for Defendant Taronis Fuels, Inc.
- Holland & Hart LLP, firm representing Defendant Taronis Fuels, Inc.
- David R. Chase, Esq., Counsel for Defendant Mahoney
- Law Firm of David R. Chase, firm representing Defendant Mahoney
- Alejandro O. Soto, Esq., Counsel for Defendant Mahoney
- Fridman Fels & Soto, PLLC, firm representing Defendant Mahoney
- Adam L. Schwartz, Esq., Counsel for Defendant Wilson
- Chris King, Esq., Counsel for Defendant Wilson
- Andrew Vitali, Esq., Counsel for Defendant Wilson
- Homer Bonner Jacobs Ortiz, firm representing Defendant Mahoney
- Marcum, LLP, auditor of Defendant Taronis Fuels, Inc.
- Thomas Wetherald, Significant Shareholder and Former Director of Taronis Fuels, Inc.
- Tobias Welo, Director of Taronis Fuels, Inc.

2. Each entity with publicly traded shares or debt potentially affected by the outcome:

Defendants, Taronis Technologies, Inc. and Taronis Fuels, Inc.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

None known at this time.

4. Each person arguably eligible for restitution:

The SEC does not seek restitution as a remedy.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: October 14, 2022

CASE NO.: 8:22-cv-01939-TPB-AAS

                Respectfully submitted:

**Homer Bonner**

Attorneys for Tyler Burnett Wilson
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5116
Fax: (305) 372-2738

By:  *s/ Adam L. Schwartz*
     Adam L. Schwartz, Esq.
     Email: aschwartz@homerbonner.com
     Florida Bar No.: 103163

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                By:  _s/Adam L. Schwartz_
                     Adam L. Schwartz

3

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com