UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.     Case No. 8:22-cv-1939-TPB-AAS

TARONIS TECHNOLOGIES, INC.
(n/k/a BBHC, INC), et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on July 11, 2024. (Doc. 106). Judge Sansone recommends that "Plaintiff's Renewed Motion and Memorandum of Law in Support of Default Final Judgment Against Taronis Technologies" (Doc. 99) be granted. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo

determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion for default judgment is granted.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 106) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) "Plaintiff's Renewed Motion and Memorandum of Law in Support of Default Final Judgment Against Taronis Technologies" (Doc. 99) is **GRANTED**. The SEC is directed to submit a proposed final judgment on or before September 3, 2024, for the court's consideration.

(3) The Court awards a third-tier civil penalty against Taronis Technologies in the amount of $1,035.909.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of August, 2024.

TOM BARBER
UNITED STATES DISTRICT JUDGE