UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiffs,

v.                                          Case No.: 8:22-cv-1939-TPB-AAS

THE RIGHT SPINAL CLINIC, INC.,
et al.,

      Defendants.
_____/

## ORDER

Plaintiff, the Securities and Exchange Commission (the SEC), moves the court, under Rule 69(a) of the Federal Rules of Civil Procedure and Florida Statutes § 77.10, to issue a writ of garnishment directed to Aurora Management Partners. (Doc. 117).

The SEC alleges Aurora Management Partners has possession, custody, or control of property in which Defendant Tyler B. Wilson has a substantial non-exempt interest. (*Id.*, p. 2). A final judgment ordered Mr. Wilson to pay $56,367.10 in disgorgement and prejudgment interest and ordered a civil penalty of $150,000.00. (*See* Docs. 107, 111). Mr. Wilson failed to satisfy the judgment; thus, the SEC requests a writ of garnishment to enforce the

1

judgment. Prior to filing this motion, the SEC made demands on Mr. Wilson for the total amount owing. Despite these demands, Mr. Wilson has not paid the amount owing

Accordingly, the SEC's Motion for Writ of Garnishment (Doc. 117) is **GRANTED**. The Clerk of Court shall issue the post-judgment writ of garnishment under 28 U.S.C. § 3205 and the post-judgment continuing writ of garnishment under Rule 69 using the forms attached to the SEC's motion. (Docs. 117-1, 117-2). The SEC must include with the writ copies of:

a. SEC's Motion for Writ of Garnishment (Doc. 117),

b. this Order, and

c. the Judgment (Doc. 111).

**ORDERED** in Tampa, Florida on July 11, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2